

Steven K. Eisenberg ˢ*
Thomas E. Shea ˢ
Jacqueline F. McNally ˣ*ᵒ
David M. Lambropoulos ˣ*
Margaret Cascino *ᵒ
M. Troy Freedman ˢ
Evan Barenbaum ˣ*
Stacey A. Weisblatt *ᵒ
Salvatore Carollo ˣ*
Andrew J. Marley ˢ*
Roland Georger ᵒ
Lucas M. Anderson ˢ*
William E. Miller ˣ*
Justin M. Strausser ˢ*
Edward J. McKee ˢ*
Christopher M. Camporeale *
Stefanie Malone-Zeitz ˣ*
Steven P. Kelly ˢ*
Jessica N. Manis ˣ*
Frank J. Keenan ˢ*
Brandon P. Accardi ˣ*
Christopher M. McMonagle ˢ*
Christopher Saliba *
Anthony P. Scali *ᵒ
Todd R. Baltch ᵒ
Paul S. Huntington ˢ*
Daniel Jones *
Jennie Tsai *
Oliver Ayon *

---

Richard F. Stern +ˢ

ˢ Admitted to practice in PA
* Admitted to practice in NJ
ᵒ Admitted to practice in NY
+ Of Counsel

Stern & Eisenberg, PC
www.sterneisenberg.com

1581 Main Street
Suite 200
Warrington, PA 18976
(215) 572-8111
Facsimile: (215) 572-5025

1040 N. Kings Highway
Suite 407
Cherry Hill, NJ 08034
(609) 397-9200
Facsimile: (856) 667-1456

485 B Route 1 South
Suite 330
Iselin, NJ 08830
(732) 582-6344
(516) 630-0288
Facsimile: (732) 726-8719

4976 Transit Road #2
Depew, NY 14043
(516) 630-0288
Facsimile: (732) 726-8719

**REPLY TO WARRINGTON**

July 06, 2018                    PAYOFF QUOTE

Sent Via Email: info@radowlawgroup.com
Michael Sheena
Radow Law Group
Re:   MTGLQ Investors, LP vs. NEVILLE/THACKER, et al.
      37 WILDWOOD DRIVE AKA 176 WILDWOOD ROAD, SAG HARBOR, NY 11963
      Loan No. 7600913283 - File No. NY-807.000035-17

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE

We represent the plaintiff, in connection with the above referenced loan. The loan is currently being serviced by, **RUSHMORE LOAN MANAGEMENT SERVICES, LLC**. The mortgage loan is in active foreclosure and due for **February 01, 2012 payment**. Payoff figures in this letter are good through **July 25, 2018, except attorneys' fees and costs which continue to accrue. When remitting payment, you will need to call our office for the exact amount of attorneys' fees and costs that are required to be paid, as the foreclosure action will continue and a Sale date may have been scheduled.** The amount that you owe, including legal fees and costs, may increase between the date of this letter and the date on which you submit the funds to pay off the loan as the foreclosure process continues and additional amounts for insurance, taxes and other advances may become due during this time. The total amount due is **$156,424.90** set forth as follows:

| | |
|---|---|
| PRINCIPAL BALANCE | $91,876.80 |
| INTEREST TO 7/25/2018 | $20,740.55 |
| ESCROW ADVANCE | $31,914.73 |
| TOTAL-FEES | $587.50 |
| ACUMMALATED LATE CHARGES | $722.38 |
| RECOVERABLE BALANCE | $9,391.49 |
| ATTORNEY FEES AND COSTS | $1,191.45 |

**BREAKDOWN OF RECOVERABLE BALANCE:**

| | |
|---|---|
| Acquired Corp Adv | $6,171.45 |
| BPO | $115.00 |
| Foreclosure Cost | $261.04 |
| Foreclosure Fee | $2,625.00 |
| Property Inspection | $219.00 |

This Payoff Quote will change as payments become due. In addition, late charges, as well as other account fees, shall continue to accrue.

**You must call our office for the current outstanding attorneys' fees and costs on the date you intend to payoff the loan. These fees continue to be incurred as the foreclosure is ongoing. Failure to contact our office for updated fees and costs could result in your payoff funds being rejected.**

Please note, your request for a payoff quote does not stop the foreclosure proceedings from continuing. The issuance of this payoff letter does not stop the foreclosure action, the payment of taxes, insurance, or other miscellaneous expenses relating to your mortgage loan, which may become due and owing in addition to the amounts listed above. As the mortgage loan is in active foreclosure, the foreclosure fees and costs listed above may be estimated and may continue to change as the proceedings continue.

**Please contact our office to confirm the exact figures due prior to submitting the funds to payoff the loan.**

Payoff funds must be certified. Acceptable forms of payment are Cashier's Checks or Money Orders. Your loan number should appear on your payment. Please make the check payable **RUSHMORE LOAN MANAGEMENT SERVICES, LLC** and mail directly to:

RUSHMORE LOAN MANAGEMENT SERVICES
15480 Languna Canyon Suite #100
Irvine, CA 92618
Attn: Default Management

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE