Bankruptcy Section
P O Box 5300
Albany NY 12205-0300

(518) 457-3160

**Pre-Petition Proof of Claim**

Case number: 18-72971 AST
Refer to this number for inquiries

Total claim amount: $12,815.49

Taxpayer ID#: 1694

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND FEDERAL COURTHOUSE
290 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

s is a statement of tax liabilities for THACKER-NOLA E. Penalty and interest for each liability is computed 5/1/2018.

:ured Liabilities

| x pe | Period End | Notice Number | Tax | Penalty | Interest | Total | Type | Warrant Date | Cnty |
|---|---|---|---|---|---|---|---|---|---|
| OME | 12/31/07 | L-038111626-1 | 0.00 | 764.14 | 1,660.26 | 2,424.40 | AUD | 07/26/13 | SUFF |
| OME | 12/31/08 | L-038111627-9 | 741.00 | 405.12 | 920.99 | 2,067.11 | AUD | 07/26/13 | SUFF |
| OME | 12/31/09 | L-038111628-8 | 577.00 | 311.64 | 633.13 | 1,521.77 | AUD | 07/26/13 | SUFF |
| OME | 12/31/10 | L-043644956-2 | 836.00 | 518.48 | 675.16 | 2,029.64 | AUD | 09/13/17 | SUFF |
| OME | 12/31/11 | L-043644957-1 | 855.00 | 487.66 | 578.05 | 1,920.71 | AUD | 09/13/17 | SUFF |
| | | | | | SubTotal $ | 9,963.63 | | | |

;ecured Priority Liabilities

| x pe | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| OME | 12/31/12 | L-047321715-6 | 727.00 | 0.00 | 337.74 | 1,064.74 | AUD |
| OME | 12/31/13 | L-047321716-5 | 676.00 | 0.00 | 242.53 | 918.53 | AUD |
| | | | | | SubTotal $ | 1,983.27 | |

ıeral Unsecured Liabilities

| x pe | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| OME | 12/31/12 | L-047321715-6 | 0.00 | 465.80 | 0.00 | 465.80 | AUD |

**(Continued on back)**

88 (10/00)   180625230052001215

ieral Unsecured Liabilities (Continued)

| x pe | Period End | Notice Number | Tax | Penalty | Interest | Total | Type |
|---|---|---|---|---|---|---|---|
| OME | 12/31/13 | L-047321716-5 | 0.00 | 402.79 | 0.00 | 402.79 | AUD |
| | | | | | SubTotal $ | 868.59 | |

rent Annual Interest Rates by Tax Type: Personal Income - 7.5%
bility Type Descriptions: AUD - Audit Assessment

[signature: David M Pugh]

18 (10/00) (back)