# THE YITZHAK LAW GROUP

ERICA T. YITZHAK

LAVINIA A. ACARU

ATTORNEYS AT LAW

September 12, 2018

Hon. Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

Re: Nola Elizabeth Thacker, Case No. 18-72971

Dear Hon. Trust,

This office represents the Debtor, Nola Elizabeth Thacker in the above-mentioned case.

On or about August 6, 2018, Debtor filed a motion for Sale of Property under Sec. 363(b). Please allow this letter to confirm that we are withdrawing this Motion.

Thank you for your attention in this matter.

Very truly yours,

Lavinia A. Acaru